**Dismissed and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00865-CV

### MALETHA THOMAS, Appellant

### V.

### JOSHUA DAY, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-82632**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 27, 2017. The clerk's record was filed December 27, 2017. No brief was filed.

On April 17, 2018, this court issued an order stating that unless appellant filed a brief on or before May 2, 2018 , the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.